## TERRITORY OF HAWAII *v.* ANTONE LUCAS.

EXCEPTIONS FROM CIRCUIT COURT, FOURTH CIRCUIT.

SUBMITTED JULY 13, 1908.                    DECIDED JULY 17, 1908.

HARTWELL, C.J., WILDER AND BALLOU, JJ.

PROSECUTING ATTORNEYS.

A deputy county attorney may appear for the Territory in a criminal case.

OPINION OF THE COURT BY WILDER, J.

Defendant, having been convicted of violating Section 1068 of the Revised Laws, brings up a bill of exceptions in which the

Territory v. Lucas, 19 Haw. 162.

only question raised is the right of a deputy county attorney to appear for the Territory in a criminal case.

We find no merit in the exceptions.

Section 90 of the County Act, S. L. 1905, Act 39, provides that the county attorney or his deputy shall "attend the circuit court in and for said county and conduct on behalf of the people all prosecutions therein for offenses against the laws of the Territory of Hawaii." Defendant contends that it is uncertain whether the "people" referred to mean the people of the Territory or of the county, but that in any event the Territory is not meant. This court, however, in *County of Oahu v. Whitney,* 17 Haw. 174, 187, has already construed the phrase "on behalf of the people" to mean "on behalf of the Territory."

Exceptions overruled.

*C. R. Hemenway, Attorney General,* for the Territory.
*Carl S. Smith* for defendant.